# Judge John T. Wooldridge
## Hon. John T. Wooldridge, LLC
4900 Fournace Place Drive, Ste. 282
Bellaire, Texas 77401
Telephone: 713.844-8454  |  Email: Judge@JudgeWooldridge.com  |  www.JudgeWooldridge.com

| | |
|---|---|
| **Cause Number/ Style:** | 4:19-CV-03283; JOHN M. KIMBRO, ET AL. V. BANK OF AMERICA, N.A., IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION (9/27/22) |
| **Plaintiffs Attorney:**<br><br>_____**Number of People** | Jeffrey C. Jackson<br>Jeffrey Jackson & Associates, PLLC<br>2500 E T C Jester Blvd., Ste. 285<br>Houston, Texas 77008<br><br>T  713.861.8833<br>F  713.682.8866<br><br>jeff@jjacksonllp.com |
| **Defendant's Attorney:**<br><br>_____**Number of People** | Addison Fontein<br>McGuireWoods<br>2000 McKinney Avenue, Suite 1400<br>Dallas, TX 75201<br><br>214.932.6436<br><br>AFontein@mcguirewoods.com |
| **Date Initial Contact with Attorney:** | 9/16/22 |
| | |
| **ADR Type:** | Mediation |
| **File Opened:** | 9/16/22 |
| **Date/place of ADR:** | Tuesday, September 27, 2022; In-Person; 4900 Fournace Place, 2nd Floor, Bellaire, Texas 77401 |
| **Result of ADR:** | Settled at mediation. |