United States District Court
Southern District of Texas
**ENTERED**
May 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN M KIMBRO, JR., *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § | CIVIL ACTION NO. 4:19-CV-03283 |
| BANK OF AMERICA, N.A., | § § § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF NON-SUIT

On this day, the Court considered the plaintiff, Lori Kimbro's notice of non-suit (Dkt. No. 68). The Court being fully advised, finds that the request is founded and is hereby Granted.

It is, therefore, ORDERED that this case be dismissed for non-suit.

It is so ORDERED.

SIGNED on May 11, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge